# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2023-0574, <u>Nancy Strapko, MD & a. v. Birgitte L. Wilms</u>, the court on October 1, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal and has determined to resolve the case by way of this order.  <u>See</u> <u>Sup. Ct. R.</u> 20(2).  The plaintiffs, Nancy Strapko and Kokonini Farm, LLC, appeal an order of the Superior Court (<u>Bornstein</u>, J.), issued following a hearing, granting the motion of the defendant, Birgitte Wilms, to enforce the parties' settlement agreement and award attorney's fees and costs.  The plaintiffs advance several arguments challenging the trial court's decision.  As the appealing parties, the plaintiffs have the burden of demonstrating reversible error.  <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).  Based upon our review of the trial court's well-reasoned order, the plaintiffs' challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiffs have not demonstrated reversible error and affirm the court's decision.  <u>See</u> <u>id</u>.; <u>Sup. Ct. R.</u> 25(8).

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**